THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rodger Robinson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RODGER ROBINSON,                         Case No.  2:06-CV-773-FCD-EFB

    Plaintiff,                           STIPULATION OF DISMISSAL; ORDER

v.

GARY and JANET CROW,

    Defendant.
_____/

    The parties hereto stipulate as follows:

    The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

    Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for eighteen monthes from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for eighteen months after the date hereof.

Date:   September 19, 2006                          Date:  September 19, 2006


_S/Gary Crow_____            _S/Janet Crow_____
Defendant                                               Defendant
25864 Ridge Drive                                   25864 Ridge Drive
Pioneer, CA 95666                                   Pioneer, CA 95666


Date:  September 19, 2006


_s/Thomas N. Stewart ,III_____
Attorney for Plaintiff

        IT IS SO ORDERED:

Date: September 20, 2006


                                                /s/ Frank C. Damrell Jr.____
                                                United States District Judge